IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DADRAIN BANKS                                                               PLAINTIFF

v.                      No: 4:19-cv-00297 JM-PSH

PULASKI COUNTY SHERIFF'S OFFICE                            DEFENDANT

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 30th day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE